IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:18-CR-60-FL-2

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KRISTEN RENE LITTLE, | ) | |
| | ) | |
| Defendant. | | |

This matter came before the court July 25, 2018, with regard to Defendant's liberty status pending sentencing. At Defendant's arraignment, following her plea of guilty, pursuant to a plea agreement, to an offense arising under 21 U.S.C. §§ 841(a)(1) and 846, the parties addressed the issue of detention pursuant to the provisions of 18 U.S.C. § 3143(a). Defendant argued in support of Defendant's release on the grounds Defendant had complied with the conditions of pre-trial release. Additionally, Defendant offered her boyfriend and mother to serve as third-party custodians, each of whom testified.

Having carefully considered the testimony and evidence presented by the parties, this court finds Defendant has failed to demonstrate by clear and convincing evidence that she is not likely to flee or pose a danger to any other person or the community, as required. 18 U.S.C. § 3143(a)(2)(B). In any case, Defendant must be detained on the grounds that the two exceptions to mandatory detention under 18 U.S.C. § 3143(a)(2)(A)(i) & (ii) do not apply. Finally, Defendant has otherwise failed to clearly show that there are exceptional reasons her detention is inappropriate under 18 U.S.C. § 3145(c). *See United States v. Peoples*, No. 1:11cr14, 2012 WL 380256, at *2-3 (W.D.N.C. Feb. 6, 2012) (describing 18 U.S.C. § 3145(c) as a third exception to the Mandatory Detention Act of 1990).

Accordingly, the government's motion is ALLOWED. Defendant is hereby COMMITTED to the custody of the Attorney General for confinement pending sentencing in this matter. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the government, Defendant shall be delivered to a United States Marshals for the purpose of an appearance in connection with a court proceeding.

So ordered, the 26th day of July 2018.

Robert B. Jones, Jr.
United States Magistrate Judge